FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 3:58 pm, Jun 01, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

```
KIMBERLY A. HOLLAND,           )
                               )
        Plaintiff,             )
                               )
v.                             )     CV 220-021
                               )
PPM PARTNERS, INC.,            )
                               )
        Defendant.             )
```

### ORDER

Before the Court is Plaintiff Kimberly Holland's notice of voluntary dismissal, dkt. no. 14, wherein Holland states her intention to dismiss this case with prejudice.  Dkt. No. 14.  Defendant PPM Partners, Inc. having filed no answer to the Complaint, Holland is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, all claims asserted in this action are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 1st day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA